■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GORDON, Appellant.—Application by the defendant, *inter alia*, for a writ of error coram nobis to vacate a judgment of the Supreme Court, Queens County (Browne, J.), rendered June 24, 1975, which was unanimously affirmed without opinion by order of this court dated November 22, 1976 *(see, People v Gordon,* 54 AD2d 1139), upon the ground that the trial court committed *Sandstrom* error in its charge to the jury *(see, Sandstrom v Montana,* 442 US 510).

Ordered that the application is denied.

In a criminal action, the writ of error of coram nobis lies in this court only to vacate an order determining an appeal on the ground that the defendant was deprived of the effective assistance of appellate counsel *(see, People v Bachert,* 69 NY2d 593). In this case the defendant has failed to claim that he was denied the effective assistance of appellate counsel. Mangano, P. J., Thompson, Bracken, Sullivan and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OAYE GRIFFIN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Thomas, J.), rendered April 26, 1990, convicting him of attempted criminal possession of stolen property in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Lawrence, Miller, O'Brien and Ritter, JJ., concur.